No. 04–7983. OKPALA v. GAL, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–7984. GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7989. GALLARDO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–7994. MARTIN v. COPLAN, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 04–7995. KING v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–7996. GARNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–7998. MCHENRY v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 04–8007. LINDELL v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–8008. CONYERS v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 04–8010. FRIER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–8011. GARCIA-DOMINGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8012. GELMAN v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–8025. JOHNSON v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–8029. RIOS-LUNA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–8031. TAMAYO-TAPIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.